05-228

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

FILED
APR 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO:      Kenneth Tarone    SBI#: 449153

FROM:    Stacy Shane, Support Services Secretary

RE:      **6 Months Account Statement**

DATE:    March 31, 2005

---

Attached are copies of your inmate account statement for the months of September 1, 2004 to February 28, 2005

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 0 |
| Oct | 0 |
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |

Average daily balances/6 months: 0

Attachments
CC:  File

Stacy Shane
3/31/05

3/31/05
Notary

## Individual Statement – No Transactions This Month

Date Printed: 3/30/2005 Page 1 of 1

## For Month of September 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00449153 | IACONE | KENNETH | | | | |
| Current Location: | D/W | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |

## Individual Statement - No Transactions This Month

Date Printed: 3/30/2005                                                                 Page 1 of 1

## For Month of October 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00449153 | IACONE | KENNETH | | | | |
| Current Location: | D/W | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

## Individual Statement - No Transactions This Month

Date Printed: 3/30/2005                                                                 Page 1 of 1

## For Month of November 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00449153 | IACONE | KENNETH | | | | |
| Current Location: | D/W | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Ending Mth Balance:   $0.00

## Individual Statement - No Transactions This Month

Date Printed: 3/30/2005 — Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00449153 | IACONE | KENNETH | | | | |
| Current Location: | D/W | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |

## Individual Statement - No Transactions This Month

Date Printed: 3/30/2005                                                                 Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00449153 | IACONE | KENNETH | | | | |
| Current Location: | D/W | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |

## Individual Statement - No Transactions This Month

Date Printed: 3/30/2005 | Page 1 of 1

### For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00449153 | IACONE | KENNETH | | | | |
| Current Location: | D/W | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |