(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

05 - 228

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Kenneth V. Iacone
_____
(Enter above the full name of the plaintiff in this action)

V.

Smyrna D.C.C.
Correctional Officer Mr. Scott
_____
_____
(Enter above the full name of the defendant(s) in this action

I.     Previous lawsuits

    A.     Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES [ ]     NO [X]

    B.     If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.     Parties to this previous lawsuit

        Plaintiffs_____

        _____

        Defendants _____

        _____

2.    Court (if federal court, name the district; if state court, name the county)

_____ N/A _____

3.    Docket number _____ N/A _____

4.    Name of judge to whom case was assigned _____ N/A _____

5.    Disposition (for example: Was the case dismissed? Was it appealed?
Is it still pending?)

_____ N/A _____

6.    Approximate date of filing lawsuit _____ N/A _____

7.    Approximate date of disposition _____ N/A _____

II.    A.    Is there a prisoner grievance procedure in this institution? Yes [  ] No [  ]

B.    Did you present the facts relating to your complaint in the state prisoner
grievance procedure? Yes [X] No [  ]

C.    If your answer is YES,

1.    What steps did you take? put grievance, went to medical, recieved
X-Rays, told medical to document everything that happened

2.    What was the result? been 1 month without results on grievance, wrote to chairperson
Mrs Merson, didn't respond back, wrote 2 letters, no responce, results on x-Rays because
of being after 2 weeks after the incident, of course my lungs would be ok.

D.    If your answer is NO, explain why not I had went through every percedure
to get results, by writing and waiting 3weeks to a month to get results, No
results.

E.    If there is no prison grievance procedure in the institution, did you complain to
prison authorities? Yes [X] No [  ]

F.    If your answer is YES,

1.    What steps did you take? I asked Mr.Scott(C.O.) to go to medical
because of all the smoke I inhaled, he said no, put in a Medical SI

2.    What was the result? I filled out a medical slip and waited 5 days
to see doctor, Then waited another 5 days to get x-Rays of my chest

III.    Parties

(In item A below, place your name in the first blank and place your present address
in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff _Kenneth V. Iacone_____

Address _1181 Paddock Rd. Smyrna, DE, 19977 (waiting to be moved to Key Program)_

(In item B below, place the full name of the defendant in the first blank, his official
position in the second blank, and his place of employment in the third blank. Use
item C for the names, positions, and place of employment of any additional defendants.)

B.    Defendant _Mr. Correctional Officer Scott_ is employed as _Correctional_

_Officer_____ at _Smyrna D.C.C._____

C.    Additional Defendants _Smyrna DCC._____

_____

_____

_____

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant
is involved. Include also the names of other persons involved, dates, and places.
Do not give any legal arguments or cite any cases or statutes. If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need. Attach extra sheet if necessary.)

_Please see attached Papers on back_____

_____

_____

_____

_____

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.)

A. Issue a declaratory Judgment stating that.

B. Award compensatory damages in the following amounts $200,000

C. Award punitive in the following amounts $200,000.00

D. Award compensatory damages jointly and severally against $100,000

E. Award punitive damages against defendants $100,000.00

Signed this 5th day of April , 2005

_Kenneth V. Iacone_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4-5-05
Date

_Kenneth V. Iacone_
( Signature of Plaintiff)

-4-

# Statment of Claim

1) On the around about date of March 19th or 20th of, 2005, there was a fire started in Pre-Trial on B-Tier

2) The fire and smoke had really gottin bad and thick

3) On the around about dates that the fire was started, Mr. C.O. Scott was doing the 12 to 8 AM shift

4) There were 2 other or 1 other John Doe's that were on the same night shift.

5) C.O. Mr. Scott was the officer of B-Tier

6) C.O. Mr. Scott had to come down and walk over the fire get to the phone to call to the shift commanders offic

7) The smoke was so thick on B-Tier that I could not breathe

8) C.O. Mr. Scott had to come down B-Tier 2 to 3 times call the shift commander

9) C.O. Mr. Scott had left us all in our cells for one ho and 30 minutes

10) I Kenneth V. Iaccne had asked C.O. Mr. Scott to let
    .... call because I can't breathe

11) C.O. Mr. Scott's response was: (Fuck all of you)

12) Then C.O. Mr. Scott put towells on either sides of the door to keep the smoke on B-Tier

13) I Kenneth V. Iacone asked C.O. Mr. Scott to let me out 2 to 3 times that he came down to use the shift command phone

14) Once Lt. John Doe came and made his run to Pre-Trial we were then let out of our cells

15) I then, Kenneth V. Iacone had asked Mrs C.O. Scott to go to medical

16) Mr. C.O. Scott's response to me was no, put in a medical slip

17) I Kenneth V. Iacone then put a medical slip in to go to the doctors, because of chest pains and to much smoke

18) C.O. Mr. Scott and the other John Doe's had put us in the old Caffatiera in Pre Trial, where there was still alot of smoke

19) Mr. C.O. Scott and the other John Doe's then put us back in our cells where you can still smell the smoke.

20) I Kenneth V. Iacone then came out of my cell because con

Continuation of Statment of Claim

20) it was breakfast.

21) I Kenneth V. Iacone then went to Mr. C.O. Scott again and asked if I can go to medical, that I have chest pain and he told me no, put a medical slip in.

22) I Kenneth V. Iacone was then called to medical a week later

23) I Kenneth V. Iacone was at medical on the around about date of March 23, 24, or 25 to be seen from the doctor.

24) I Kenneth V. Iacone was seen by the doctor and the doctor put me in to get X-Rays of my chest.

25 I Kenneth V. Iacone then had to wait another week to get my X-Rays that were done on April 1st, 2005

26) I Kenneth V. Iacone, still have chest pains and waiting for my results on my x-Rays that are to be due some time this week of April 4th to 8th of 2005

27) I Kenneth V. Iacone was told by the nurse that did the X-Rays, if I didn't hear about my results in a week to put in a medical slip to find out my results.

28) I Kenneth V. Iacone also put in a grievance on Mr. C.O. Scott.

29) I Kenneth V. Iacone, is waiting on grievance to come back for almost 3 weeks now.

30) I Kenneth V. Iacone had wrote to Mrs. Corpral Mercer to ask about my results of my grievance

31) Still waiting for grievance against Mr. C.O. Scott for the results

I/M Kenneth V. Iacone

SBI# 00449153 ___ UNIT ___

DELAWARE CORRECTIONAL CENTER

181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal Mail

Clerk: Mr. Peter T. Dalleo

U.S. District Court

J. Caleb Boggs Federal Building

Lock Box 18

844 N. King Street

Wilmington, Delaware 19801

19801 3519 12

Legal Mail



