ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
MAY 13 2005

| | |
|---|---|
| KENNETH V. IACONE, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 05-228-KAJ |
| SMYRAN DCC, and CORRECTIONAL OFFICER MR. SCOTT, | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Kenneth V. Iacone, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 6th, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: May 11th, 2005.

Kenneth V. Iacone
Kenneth V. Iacone

Kenneth J. Dulouc
49153, Dorm-L-32
Howard R. Young Correctional Center
301 E. ...
Wilmington, Delaware, 19809



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

19801+3570 12