To : Judge Kent A. Jordan
From: Kenneth V. Iacone
Re : Wanting to know the status on my case
Date : 6-3-05
SBI# : 449153
Location: Dorm-1, 32-T, Key Program

FILED
JUN 7
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    I am writing this letter to please ask the courts to please give me the status of my case and to keep me informed about everything that is going on with my case. I thank you very much for your time and patients.

                                Thank you,
                                *Kenneth V. Iacone*
                                Kenneth V. Iacone

Case Name: Iacone v. Smyrna D.C.C. et al
Case Number: 1:05-cv-228





Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

(KAJ)

Kenneth V. Iacone
449153 Dorm-1, 32-T Key Program
Howard R. Young Correctional Center
1301 East 12th Street
Wilmington, Delaware, 19809