To       : Honorable Kent A. Jordan
From   : Kenneth V. Iacone
Re       : Asking the Courts for Assistance In my case--1:05-cv-00228-KAJ
Date    : 7-13-05
SBI#   : 449153
Location: Dorm-1, Key Program, B-18

I am writing the courts to ask if the courts can give me a court appointed attorney for my case. Can you please send me back a response in this matter.

Thank you,
Kenneth V. Iacone
Kenneth V. Iacone

FILED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





Office Of The Clerk (K.A.J.) -
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

...neth V. Iacone
...449153, H.R.Y.C.F. Dorm-1, Key Program
...East 12th Street
...mington, Delaware, 19809