IN The U.S. District Court Of The State of Delaware
In and For New Castle County

Kenneth V. Iacone ) Civil Case #: 1:05-CV-00228-KAJ
)
Vs )
)
)
Smyrna D.C.C. / C/O Scott )
)
)



FILED
AUG -9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Discovery

1) Need to get all names of inmates that were on B-Tier the night of the incident on Fire in Pre-Trial

2) The date of the incident was March 19th or 20th of 2005.

3) I also need the other John Doe's names that were working besides C/O Scott (night of fire on Pre-Trial)

4) Need to know the results from Internal Affairs Joe Richardson that is investigating the case.

5) Wrote three (3) letters to find out the results and Joe Richardson failed to respond.

6)a) Wanting to know the status of the investergation that is going on.

6)b) Wanting to know if C/O Scott and other John Doe's that were working the night of the fire were arrested or under investegation for these actions that took place.

I Kenneth V. Iacone am at the point in my case where I need to get the evidence that I will need to further the purceedares of my case. I have wrote many of letters and I yet had recieaved any response. By me putting this motion of Discovery am asking the court for permission to grant me the evidence I am asking for.

## Certificate Of Service

I, Kenneth V. Iacone, hereby certify that I have served a true and correct copy of the attached motion upon the following party, on the 9th day of August, 2005.

Date: 8-  -05                                   Kenneth V. Iacone

Kenneth V. Iacone
#9153, Dorm-1, Key Program
Howard R. Young Correctional Center
1301 East 12th Street
Wilmington, Delaware, 19809

Att: Peter T. Dalleo
Office of the Clerk (KAJ)
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570



WILMINGTON DE 198
PM
08 AUG 2005



USA 37