3Ⓒ

In The United States District Court District Of Delaware In And For New Castle County

Kenneth V. Iacone )
)
)
V's ) Case # 1:05-CV-00228-K.A.J.
)
)
Smyrna D.C.C. )
+ )
C/O Scott )

FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For The Appointment of Counsel

Plaintiff Kenneth V. Iacone, pursuant to § 1915, requests this court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.
2. The issues involved in this case are complex.
3. The plaintiff has a limited knowledge of the law.
4. The plaintiff, as part of the Key North Program, I have limited time to spend in the Law Library.

Sworn to be before me this 8 day of Aug, 2005

Date: 8-9-05
Name: Kenneth V. Iacone  x Kenneth Iacone   x Roderick Johnson
Notary Public
Address: Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, Delaware, 19809




Att: Peter T. DaLLeo
Office of the Clerk (K.A.J.)
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570



Kenneth V. Iacone
449153 Dorm-1, Key Program
Howard R. Young Correctional Center
1301 East 12th Street
Wilmington, Delaware, 19809