In The United States District Court District Of Delaware In And For New Castle County

State of Delaware )
                                                            ss: 1:05-CV-00228-K.A.J.
County of New Castle

Affidavit In Support Of The Plaintiff's Motion For The Appointment of Counsel.

Kenneth V. Iacone, being duly sworn, deposes and says:
1. I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of Counsel.

2. The complaint in this case alleges that Kenneth V. Iacone was subjected to a fire in D.C.C. Smyrna on Pre-Trial, B-Tier, where C/O Scott was working on the 12 Midnight to 8 AM. shift. C/O Scott had to come and check in on the shift commanders phone and my cell #15 (Kenneth V. Iacone) is. I asked C/O Scott to let me out of my cell because the smoke was so thick. C/O Scott's response was Fuck all of you and left the Tier and blocked the bottom with towels so that the smoke couldn't escape from B-Tier. C/O Scott repeated to ignore all the coughing and the sook that was coming out of our mouths and noses. I was left in my cell for 90 minutes before a Lutanant came down and let us out. I was then denied medical treatment and was told to put in

Cont. of # 2. see the Doctor. It was another week later that I had to wait to get chest X-Rays because of the pains I was getting in my chest. I have wrote to the warden about this matter several times and he would not comply to write back.

3. This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

4. The case involves medical issues that may requier expert testimony.

5. The plaintiff has demanded a jury trial.

6. The case will require discovery of documents and depositions of a number of witnesses.

7. The testimony will be maybe sharp conflict, since the plaintiff alleges that the defendants refuse to remove us from our cell even though they were acutly aware of the smoke buildup in each cell and the time period of which we were subject to unhealthy, life theating conditions.

8. I the plaintiff Kenneth V. Iacone have only a high school education and have no legal education.

9. I the plaintiff Kenneth V. Iacone am serving a V.O.P. sentence in a Level 5 program. For this reason I have very little time to have access to legal materials and have no ability to investigate the facts of this case, for example, by locating and being able to interview the other inmates that were involved and witnesses to to fire and what took place of C/O Scott's actions in Pre-Trial

Cont. of # 9 In Smyrna D.C.C.

10. As set forth in the Memorandum of Law submitted with this motion, these facts, along with the legal merit of the plaintiff's (Kenneth V. Iacone) claims, support the appointment of counsel to represent the plaintiff.

Wherefore, the plaintiff's (Kenneth V. Iacone) motion for the appointment of counsel should be granted.

Kenneth V. Iacone                    x _Kenneth V. Iacone_
Name                                        signature

Sworn to be before me this
_8_ day of _Aug_, 2005
x _Rodderick Johnson_
Notary Public