| | |
|---|---|
| To | : Peter T. Dalleo - Clerk of Court |
| From | : Kenneth V. Iacone |
| Re | : Concerning the Status for my Case 05-228 (K.A.J.) |
| Date | : September 14th, 2005 |
| SBI # | : 449153 |
| Location | : Dorm-1, Key Program |

    I am writing to you to ask you if you can tell me the status of my case. The last I've heard from you was on 6-9-05 and you sent me a docket sheet. My next step is to serve my parties with a 285 form and I'm waiting for papers to come from the court before I am able to do so. Can you tell me what is the hold up? Also I had filed a motion for counsel and a motion for discovery and I still not heard my answers. Can you please tell me what is going on with that as well? I would like some answers so that I may further my case. I thank you very much for your time and patients and I'm lookin forward to be hearing from you in within the next couple of weeks or sooner.

                                                             Thank you,

                                                          *Kenneth V. Iacone*

                                                          Kenneth V. Iacone

FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE







Peter T. Dalleo - (K.A.J.)
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

Kenneth V. Iacone
449153, Dorm-1, Key Program
Howard R. Young Correctional Center
1301 East 12th Street
Wilmington, Delaware, 19809