OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 20, 2005

TO: Kenneth V. Iacone
SBI# 449153
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

*RE:* **Status Letter; 05-228(KAJ)**

Dear Mr. Iacone:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

(11)

To        : Peter T. Dalleo - Clerk of Court
From      : Kenneth V. Iacone
Re        : Concerning the Status for my Case 05-228 (K.A.J.)
Date      : September 14th, 2005
SBI #     : 449153
Location  : Dorm-1, Key Program

    I am writing to you to ask you if you can tell me the status of my case. The last I've heard from you was on 6-9-05 and you sent me a docket sheet. My next step is to serve my parties with a 285 form or I'm waiting for papers to come from the court before I am able to do so. Can you tell me what is the hold up? Also I had filed a motion for counsel and a motion for discovery and I still not heard my answers. Can you please tell me what is going on with that as well? I would like some answers so that I may further my case. I thank you very much for your time and patience and I'm looking forward to be hearing from you in within the next couple of weeks or sooner.

Thank you,

Kenneth V. Iacone
Kenneth V. Iacone

FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned