To: Peter T. Dalleo - Clerk
From: Kenneth V. Iacone
Re: Asking for Docket sheet / Concerning motions I've put in.
Date: 9-22-05
SBI#: 449153
Location: Dorm-1, Key Program
Case #: 05-228 (K.A.J.)

    I have recieaved your letter today on 9-22-05 and I have read what you have wrote to me. I know my Judge is Honorable Kent A. Jordan and yes you did answer and tell me that my case is pending. I also wrote to you and ask about the motions I've filed. They were for "counsel" + "Discovery". Can you please tell me IF you recieaved the (2) motions and if they are being heard? I also need a court Docket so that I know everything I've sent and everything that was sent to me. I thank you for your time and patient.

                                            Thank you,
                                            Kenneth V. Iacone

FILED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Kenneth V. Lacone
SBI-449153, Dorm-1, Key Program
Howard R. Young Correctional Center
1301 East 12th Street
Wilmington, DElaware, 19809

Att: Peter T. Dalleo
Office Of The Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware, 19801-3570