OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 28, 2005

TO: Kenneth V. Iacone
SBI# 449153
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE: *Request for Copy of Docket*, 05-228(KAJ)**

Dear Mr. Iacone:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. The copywork quote for the docket is $1.00. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

(15)

To: Peter T. Dalleo - Clerk
From: Kenneth V. Iacone
Re: Asking for Docket sheet / Concerning motions I've put in
Date: 9-22-05
SBI#: 449153
Location: Dorm. 1, Key Program
Case #: 05-228 (K.A.J.)

I have recieaved your letter today on 9-22-05 and I have read what you have wrote to me. I know my Judge is Honorable Kent A. Jordan and yes you did answer and tell me that my case is pending. I also wrote to you and ask about the motions I've filed. They were for "Counsel" + "Discovery". Can you please tell me If you recieave the (2) motions and if they are being heard? I also need a court Docket so that I know everything I've sent and everything that was sent to me. I thank you for your time and patient.

Thank you,
Kenneth V. Iacone



FILED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned