To       : Peter T. Dalleo - Court Clerk
From     : Kenneth V. Iacone
Re       : Concerning Status of Marshall serving of 285 forms I've sent.
Date     : 11-21-05
SBI #    : 449153
Location : Dorm-1, Key Program
Case #   : Civ. No. 05-228-K.A.J.

    I am writing this letter to please ask if there is any information reguarding the defendant's getting served from the Marshall's (285 forms) that I've sent out back to the Distric Court and if that you can send an up dated status sheet telling me everything that has taken place from beginning til Now. Also I need a whole copy of my complaint. I fall under the Law of Forma Papuis in this case so I don't have any money to send for the copies.
    I would like to thank you for your time and patients and hope to hear back from you soon. So that I may take my next steps in this case.

Sincerely yours,
Kenneth V. Iacone



FILED
NOV 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Kenneth U. Iaeone
#491153 Dorm-1, Key Program
Howard R. Young Correctional Center
1301 East 12th Street
Wilmington, Delaware, 19809

Att: Peter T. Dalleo - Court Clerk
Office of the Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570



