OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 25, 2005

TO:  Kenneth V. Iacone
     SBI #449153
     Dorm 1, Key Program
     Howard R. Young Correctional Facility
     1301 East 12th Street, P.O. Box 9561
     Wilmington, DE 19809

**RE:  Letter to Clerk dated 11/21/05 Regarding Receipt of U.S.
     Marshal 285 Forms, *Civil Action #05-228 KAJ***

Dear Mr. Iacone:

In response to your letter, be advised that we received U.S.
Marshal 285 form(s) forms for defendants Smyrna DCC and C/O Scott
on 9/29/05.

Be advised that your complaint has not been served by the U.S.
Marshal to date because you have not yet fully complied with the
Court's Order dated 9/21/05 (copy enclosed), which required you to
also submit a U.S. Marshal form for service on the DE Attorney
General.

Enclosed you will find a blank U.S. Marshal 285 for completion
and return for service on the DE Attorney General, along with a
copy of the docket sheet and copy of your complaint.

Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

/rbe

cc:  The Honorable Kent A. Jordan, CA 05-228 KAJ

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenneth V. Iacone | Civ. No. 05-228-KAJ |
| DEFENDANT | TYPE OF PROCESS |
| Smyrna D.C.C. | Complaint |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Smyrna D.C.C. |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | DCC, 1181 Paddock Rd., Smyrna, Delaware, 19977 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Kenneth V. Iacone  SBI# 449153<br>Howard R. Young Correctional Institution<br>1301 East 12th street<br>Wilmington, Delaware, 19809 | Number of process to be served with this Form - 285: **1** |
| | Number of parties to be served in this case: **2** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                 Fold

Forma Pauperis

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Kenneth V. Iacone | | | 9-23-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service / Time / am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kenneth V. Iacone | Civ. No. 05-228-KAJ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Smyrna DCC. | Complaint |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Mr. Scott (Corrections) 4·12 Midnight Shift Pre-Trial

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** DCC. 1181 Paddock Rd., Smyrna, Delaware, 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Kenneth V. Iacone    SBI# 449153 | Number of process to be served with this Form - 285 — 1 |
| Howard R. Young Correctional Institution | Number of parties to be served in this case — 2 |
| 1301 East 12th Street | |
| Wilmington, Delaware, 19801 | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                                    Fold

Forma Pauperis

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Kenneth V. Iacone | | | 9-23-05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin   No. ___ | District to Serve   No. ___ | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (*complete only if different than shown above*) | Date of Service | Time | am |
|---|---|---|---|
| | | | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|



USA 37

WILMINGTON DE
PM
26 SEP
2005

J.S.M.S.
X-RAY

Kenneth V. Iacone
449153 Dorm-1, Key Program
Howard R. Young Correctional Center
Wilmington 1301 East 12th Street
Wilmington, Delaware, 19809

Received
9/29/05
2-255 Genna

Office of the Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

19801-3570



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KENNETH V. IACONE,                )
                                  )
            Plaintiff,            )
                                  )
      v.                          ) Civ. No. 05-228-KAJ
                                  )
SMYRNA DCC, and CORRECTIONAL      )
OFFICER MR. SCOTT,                )
                                  )
            Defendants.           )


**ORDER**

At Wilmington this 21ˢᵗ day of September, 2005, the

plaintiff having satisfied the filing prerequisites of 28 U.S.C.

§ 1915A; and the Court having determined that the complaint is

not frivolous within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1.   The Clerk of the Court shall cause a copy of this

order to be mailed to the plaintiff.

2.   Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the

plaintiff shall complete and return to the Clerk of the Court an

**original** "U.S. Marshal-285" form for **each** defendant, as well as

for the Attorney General of the State of Delaware, 820 N. FRENCH

STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN.

tit. 10 § 3103(c).   Additionally, the plaintiff has provided the

Court with one copy of the complaint for service upon each

defendant.   **Furthermore, the plaintiff is notified that the**

United States Marshal will not serve the complaint until all
"U.S. Marshal 285" forms have been received by the Clerk of the
Court. Failure to provide the "U.S. Marshal 285" forms for each
defendant and the attorney general within 120 days of this order
may result in the complaint being dismissed or defendants being
dismissed pursuant to Federal Rule of Civil Procedure 4(m).

    3.  Upon receipt of the form(s) required by paragraph 2
above, the United States Marshal shall forthwith serve a copy of
the complaint (D.I. 2), the motion for discovery (D.I. 8), this
order, a "Notice of Lawsuit" form, the filing fee order(s), and a
"Return of Waiver" form upon each of the defendants so identified
in each 285 form.

    4.  Within **thirty (30) days** from the date that the
"Notice of Lawsuit" and "Return of Waiver" forms are sent, if an
executed "Waiver of Service of Summons" form has not been
received from a defendant, the United States Marshal shall
personally serve said defendant(s) pursuant to Fed. R. Civ. P.
4(c)(2) and said defendant(s) shall be required to bear the cost
related to such service, unless good cause is shown for failure
to sign and return the waiver.

    5.  Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant
who, before being served with process timely returns a waiver as
requested, is required to answer or otherwise respond to the
complaint within **sixty (60) days** from the date upon which the

2

complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel. The clerk is instructed not to accept any such document unless accompanied by proof of service.

_____
United States District Judge

3

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                                 Fold

Signature of Attorney or other Originator requesting service on behalf of:       ☐ PLAINTIFF    TELEPHONE NUMBER    DATE
                                                                                 ☐ DEFENDANT

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service    Time    am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

# UNITED STATES MARSHALS SERVICE
## PROCESS RECEIPT and RETURN

last *(No. 5)* copy of this form. Please type or print legibly, insuring readability of all copies. Do not detach any copies.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| our full name i.e., John A. Doe. | (District Leave blank. Court assign |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| lame of person being sued; James J. Brown.(et.al) | Order/Complaint) (or OC) |

**SERVE** → **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

* James J. Brown,; Corr. Officer

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

DCC    *= This name changes each time for eacl individual being sued.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Your Name & Address
(so that copies can be returned to
you, when service is completed)

| | |
|---|---|
| Number of process to be served with this Form-285 | 1 (always) |
| Number of parties to be served in this case | 5 ** |
| Check for service on U.S.A. | leave blank |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

PAUPER CASE (fill in these words)    **= insert number of people being sued, i.e. from 2,3,4.:.

S A M P L E

Signature of Attorney or other Originator requesting service on behalf of:

Sign Your Name

☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| Fill in | Fill in |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above. (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service / Time / am pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

*Sample*

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-00228-KAJ**
**Internal Use Only**

Iacone v. Smyrna D.C.C. et al
Assigned to: Honorable Kent A. Jordan
Demand: $800,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/18/2005
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison
Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Kenneth V. Iacone**                    represented by **Kenneth V. Iacone**
                                                          SBI# 449153
                                                          Howard R. Young Correctional
                                                          Institution
                                                          Key Program, Dorm 1
                                                          P.O. Box 9561
                                                          Wilmington, DE 19809
                                                          PRO SE

V.

**Defendant**

**Smyrna DCC**

**Defendant**

**C/O Scott**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2005 | ❶1 | MOTION for Leave to Proceed in forma pauperis - filed by Kenneth V. Iacone. (Attachments: # 1 Financial Statement)(els, ) (Entered: 04/19/2005) |
| 04/18/2005 | ❶2 | COMPLAINT filed pursuant to 42:1983 against Smyrna D.C.C., Scott - filed by Kenneth V. Iacone.(els, ) (Entered: 04/19/2005) |
| 04/27/2005 | ❶ | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 04/27/2005) |
| 05/06/2005 | ❶3 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 6/6/2005. Signed by Judge Kent A. Jordan on 5/6/05. (rwc, ) (Entered: 05/06/2005) |

| | | |
|---|---|---|
| 05/13/2005 | 4 | Authorization by Kenneth V. Iacone requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (rwc, ) (Entered: 05/16/2005) |
| 06/07/2005 | 5 | Letter to Judge Jordan from Kenneth Iacone regarding request for status. (rwc, ) (Entered: 06/08/2005) |
| 06/09/2005 | 6 | Letter dated 6/9/05 to Kenneth Iacone from Clerk regarding response to DI# 5. (rwc, ) (Entered: 06/09/2005) |
| 07/15/2005 | 7 | MOTION to Appoint Counsel - filed by Kenneth V. Iacone. (rwc, ) (Entered: 07/15/2005) |
| 08/09/2005 | 8 | MOTION for Discovery - filed by Kenneth V. Iacone. (rwc, ) (Entered: 08/10/2005) |
| 08/10/2005 | 9 | SECOND MOTION to Appoint Counsel - filed by Kenneth V. Iacone. (rwc, ) (Entered: 08/11/2005) |
| 08/10/2005 | 10 | AFFIDAVIT - re 9 MOTION to Appoint Counsel filed by Kenneth V. Iacone. (rwc, ) (Entered: 08/11/2005) |
| 09/16/2005 | 11 | Letter to Clerk from Kenneth V. Iacone regarding request for status. (rwc, ) (Entered: 09/19/2005) |
| 09/20/2005 | 12 | Letter dated 9/20/05 to Kenneth Iacone from Clerk regarding response to DI#11. (rwc, ) (Entered: 09/21/2005) |
| 09/21/2005 | 13 | ORDER - denying 7 Motion to Appoint Counsel & denying 9 Motion to Appoint Counsel . Signed by Judge Kent A. Jordan on 9/21/05. (rwc, ) (Entered: 09/21/2005) |
| 09/21/2005 | 14 | ORDER, plaintiff shall return to Clerk original USM 285 form(s) for each Deft as well as DE Attorney General. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. Signed by Judge Kent A. Jordan on 9/21/05. (rwc, ) (Entered: 09/21/2005) |
| 09/26/2005 | 15 | Letter dated 9/22/05 to Clerk from Kenneth Iacone regarding request for docket sheet. (rwc, ) (Entered: 09/27/2005) |
| 09/28/2005 | 16 | Letter dated 9/28/05 to Kenneth Iacone from Clerk regarding response to DI# 15. (rwc, ) (Entered: 09/28/2005) |
| 11/23/2005 | 17 | Letter to Clerk of Court from Kenneth V. Iacone regarding Marshal's Service of 285 Forms and request for copy of docket sheet. (rbe, ) (Entered: 11/25/2005) |

②

(Rev. 497)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

0 5 - 2 2 8

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Kenneth V. Iacone
(Enter above the full name of the plaintiff in this action)

V.

Smyrna D.C.C.
Correctional Officer Mr. Scott

(Enter above the full name of the defendant(s) in this action

I.      Previous lawsuits

   A.    Have you begun other lawsuits in state or federal courts dealing with the
         same facts involved in this action or otherwise relating to your imprisonment?
         YES [   ]     NO [X]

   B.    If your answer to A is yes, describe the lawsuit in the space below.  (If there
         is more than one lawsuit, describe the additional lawsuits on another piece of
         paper, using the same outline).

         1.    Parties to this previous lawsuit

         Plaintiffs_____

         _____

         Defendants _____

         _____

2.  Court (if federal court, name the district; if state court, name the county)

*N/A*

3.  Docket number *N/A*

4.  Name of judge to whom case was assigned *N/A*

5.  Disposition (for example: Was the case dismissed?  Was it appealed?
    Is it still pending?) *N/A*

6.  Approximate date of filing lawsuit *N/A*

7.  Approximate date of disposition *N/A*

II.  A.  Is there a prisoner grievance procedure in this institution?  Yes [ ] No [ ]

B.  Did you present the facts relating to your complaint in the state prisoner
    grievance procedure?  Yes [X] No [ ]

C.  If your answer is YES,

1.  What steps did you take? put grievance, went to medical, recieved
    X-Rays, told medical to document everything that happened

2.  What was the result? been 1 month without results on grievance, wrote to chairperson
    Mrs Merson, didn't respond back, wrote 2 letters, no responce, results on x-rays because
    of being after 2 weeks after the incident, of course my lungs would be o.k.

D.  If your answer is NO, explain why not I had went through every perceders
    to get results, by writing and waiting 3 weeks to a month to get results, no
    results.

E.  If there is no prison grievance procedure in the institution, did you complain to
    prison authorities?  Yes [X]  No [ ]

F.  If your answer is YES,

1.  What steps did you take? I asked Mr. Scott (C.O.) to go to medical
    because of all the smoke I inhaled, he said no, put in a Medical Sl

2.  What was the result? I filled out a medical slip and waited 5 days
    to see doctor, Then waited another 5 days to get x-rays of my chest

-2-

III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff  Kenneth V. Iacone

Address 1181 Paddock Rd. Smyrna, DE, 19977 (waiting to be moved to Key Program)

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.    Defendant Mr. Correctional Officer Scott  is employed as Correctional

Officer  at Smyrna D.C.C.

C.    Additional Defendants Smyrna DCC.

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

Please see attached Papers on back

V.     Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
  Cite no cases or statutes.)

A. Issue a declaratory Judgment stating that.

B. Award compensatory damages in the following amounts $200.000

C. Award punitive in the following amounts $200.000.00

D. Award compensatory damages jointly and severally against $100.000

E. Award punitive damages against defendants $100,000.00

Signed this 5th day of April , 2005

_Kenneth V. Iacone_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4-5-05
· Date

_Kenneth V. Iacone_
( Signature of Plaintiff)

-4-

# Statment of Claim

1) On the around about date of March 19th or 20th of, 2005, there was a fire started in Pre-Trial on B-Tier

2) The fire and smoke had really gottin bad and thick

3) On the around about dates that the fire was started, Mr. C.O. Scott was doing the 12 to 8 AM shift

4) There were 2 other or 1 other John Doe's that were on the same night shift.

5) C.O. Mr. Scott was the officer of B-Tier

6) C.O. Mr. Scott had to come down and walk over the fire get to the phone to call to the shift commanders offic

7) The smoke was so thick on B-Tier that I could not breathe

8) C.O. Mr. Scott had to come down B-Tier 2 to 3 times call the shift commander.

9) C.O. Mr. Scott had left us all in our cells for one ho and 30 minutes

10) I Kenneth V. Iaccne had asked C.O. Mr. Scott to let ... call because I cant breathe

11) C.O. Mr. Scott's response was: (Fuck all of you)

12) Then C.O. Mr. Scott put towells on either sides of the door to keep the smoke on B-Tier

13) I Kenneth V. Iacone asked C.O. Mr. Scott to let me out 2 to 3 times that he came down to use the shift command phone

14) Once Lt. John Doe came and made his run to Pre-Trial we were then let out of our cells

15) I then, Kenneth V. Iacone had asked Mrs C.O. Scott to go to medical

16) Mr. C.O. Scott's response to me was no, put in a medical slip

17) I Kenneth V. Iacone then put a medical slip in to go to the doctors, because of chest pains and to much smoke

18) C.O. Mr. Scott and the other John Doe's had put us in the old Caffatiera in Pre Trial, where there was still alot of smoke

19) Mr. C.O. Scott and the other John Doe's then put us back in our cells where you can still smell the smoke.

20) I Kenneth V. Iacone then came out of my cell because ...

Continuation of Statment of Claim

20) it was breakfast.

21) I Kenneth V. Iacone then went to Mr. C.O. Scott again and asked if I can go to medical, that I have chest pain and he told me no, put a medical slip in.

22) I Kenneth V. Iacone was then called to medical a week later

23) I Kenneth V. Iacone was at medical on the around about date of March 23,24, or 25 to be seen from the doctor.

24) I Kenneth V. Iacone was seen by the doctor and the doctor put me in to get X-Rays of my chest.

25 I Kenneth V. Iacone then had to wait another week to get my X-Rays that were done on April 1st, 2005

26) I Kenneth U. Iacone, still have chest pains and waiting for my results on my x-Rays that are to be due some time this week of April 4th to 8th of 2005

27) I Kenneth V. Iacone was told by the nurse that did the X-Rays, if I didn't hear about my results in a week to put in a medical slip to find out my results.

28) I Kenneth V. Iacone also put in a grievance on Mr. C.O. Scott.

29) I Kenneth V. Iacone, is waiting on grievance to come back for almost 3 weeks now.

30) I Kenneth V. Iacone had wrote to Mrs. Corpial Mercer to ask about my results of my grievance

31) Still waiting for grievance against Mr. C.O. Scott for the results



I/M Kenneth V. Iacone
SBI# 00449153    UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk: Mr. Peter T. Dalleo
U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N. King Street
Wilmington, Delaware 1980[
19801-3519 12

Legal Mail

U.S.M.S.
X-RAY

SMYRNA DE
APR 15 '05
PB METER
6728378

U.S.POSTAGE
$0.09

(15)

TO:        Peter T. Dalleo - Clerk
From:      Kenneth V. Lacene
Re:        ...Asking for Docket sheet/Concerning motions I've put in
Date:      9-22-05
SBI#:      47-1415?
Location:  Dorm-1, Key Program
Case # ...05-228 (K.A.J.)

I have recieved your letter today on 9-22-05 and I have read what you have wrote to me. I know my Judge is Honorable Kent A. Jordan and yet you did answer and tell me that my case is pending. I also wrote to you and ask about the motions I've filed. They were for "Counsel" + "Discovery." Can you please tell me If you recieve the (2) motions and if they are being heard? I also need a court Docket so that I know everything I've sent and everything that was sent to me. I thank you for your time and patient.

Thank you
Kenneth V. Lacene



FILED

SEP 2 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 28, 2005

TO:  Kenneth V. Iacone
     SBI# 449153
     Howard R. Young Correctional Institution
     P.O. Box 9561
     Wilmington, DE 19809

**RE:** *Request for Copy of Docket,* 05-228 (KAJ)

Dear Mr. Iacone:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. The copywork quote for the docket is $1.00. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc:   The Honorable Kent A. Jordan



To      : Peter T. Dalleo - Court Clerk
From    : Kenneth V. Iacone
Re      : Concerning Status of Marshall serving of 285 forms I've sent.
Date    : 11-21-05
SBI#    : 449153
Location: Dorm-1, Key Program
Case#   : Civ. No. 05-228-K.A.J.

   I am writing this letter to please ask if there is any information reguarding the defendant's getting served from the Marshall's (285 forms) that I've sent out back to the Distric Court and if that you can send an up dated Status sheet telling me everything that has taken place from beginning til Now. Also I need a whole copy of my complaint. I fall under the law of ~~Forma~~ Pauuis in this case so I don't have any money to send for the copies.

   I would like to thank you for your time and patients and hope to hear back from you soon. so that I may take my next steps in this case.

                              Sincerely yours,
                              Kenneth V. Iacone
                              Kenneth V. Iacone

FILED

NOV 23 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Kenneth V. Iacaone
449153 Dorm-1, Key Program
Howard R. Young Correctional Center
1301 East 12th Street
Wilmington, Delaware, 19809

U. X-RAY

Att:

Peter T. Dalleo - Court Clerk
Office of the Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570



WILMINGTON
DE 198
PM
22 NOV
2005



USA 37