To      : Peter T. Dalleo
From    : Kenneth U. Iaccne
Re      : Concerning Marshal 285 form's that were sent to you already.
Date    : 12-1-05
SBI     : 449153
Location: Dorm-1, Key Program
Case #  : Civ. No. 05-228-KAJ.  - Forma Pauperis

RECEIVED
DEC 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

As of 9-23-05 Marshal 285 form's that I sent to you, may you please disregaurd them and take these new one's that I filled out properly. I am very sorry. Can you please write me back and tell me if everything is ok. now with all the Marshal 285 forms and if they are going to get served now. I thank you very much for your time & patients. I'm looking to hear back from you shortly.

Sincerely,
Kenneth U. Iaccne