To         :  Office of the Clerk (K.A.J.)
From     :  Kenneth V. Iacone
Re         :  Concerning Answer about this motion.
Date      :  12-6-05
SBI       :  449153
Civ. No. :  1:05-CU-00228-K.A.J.
Location :  Dorm-1, Key Program
I am     :  Forma Paurperis

    I am writing to you to please send back a response toward this motion that I am sending you here in this envelope. I thank you very much for your time and patients.

Sincerely,
Kenneth V. Iacone

P.S.
    Also, I will be graduating on January 26th, 2005 from the Key North Program and will be going home on Level 3 probation. I would like to know how to go about sending all of my paper work to my home that I will be living at so that I may further this case. Can you please send me information regaurds to this matter also. Thank you once again.