In The United States District Court, District Of Delaware In And For New Castle County

Kenneth V. Iacone )
)
)
U's )
)
) Amended Complaint
_____ )
Smyrna D.C.C., ) Case # 1:05-CV-00228-K.A.J.
Warden - Mr. Carroll, )
C/O Mr. Scott + John )
Doe's )

RECEIVED DEC -8 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

1. This motion of amended Complaint that I now have sent to you, the court, is the proper correction that need to be made on the front cover of my complaint.

2. Wherefore, plaintiff requests that the court grant the following relief:
   A. Issue a declaratory judgment stating that:
      1. The physical and menthol abuse of the plaintiff by defendants Scott, and other John Doe's violated the plaintiff's rights under the Eighth Amendment to the United States Constitution and didnt follow proper perceedure to fire code under state law.
   D. Award compensatory damages in the following amounts:
      1. 100,000 jointly and severally against defendants Smyrna D.C.C., Warden - Mr. Carroll, C/O Mr. Scott and other John Doe's for the physical and emotional abouse sustained as a result of the plaintiff's devistated smoke inhalation for 1 hr. and 45 mins.

E. Award punitive damages in the amount of:
 1. 100,000 each against defendants Smyrna DCC., Warden-McCarroll, C/O Mr. Scott, and other John Doe's.

Date: 12-6-05
Name: Kenneth V. Iacone
Address: Howard R. Young Correctional Institution
 1301 East 12th street
 Wilmington, Delaware, 19809

Kenneth V. Iacona
449153, Dorm 1, Key Program
Howard R. Young Correctional Institution
1301 East 19th Street
Wilmington, Delaware, 19809

Office of the Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware, 19801-3570