IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KENNETH V. IACONE,              )
                                )
              Plaintiff,        )
                                )
       v.                       )       Civil Action No. 05-228-KAJ
                                )
SMYRNA DELAWARE                 )
CORRECTIONAL CENTER,            )
et al.,                         )
                                )
              Defendants.       )

**ORDER**

WHEREAS, on August 9, 2005, plaintiff filed a motion for discovery (D.I. 8);

WHEREAS, to date Defendants have either not been served or have not entered

their appearance;

NOW THEREFORE, IT IS HEREBY ORDERED this 2ℓ day of December, 2005

that plaintiff's motion for discovery (D. I. 8) is DENIED without prejudice to renew

following entry of appearance by the defendants.

_____
United States District Judge

Wilmington, Delaware