To       : United States District Court / Mr. Peter T. Dalleo - Clerk
From     : Kenneth V. Iacone
Re       : Address change + Needing additional information.
Date     : 1 - 3 - 06
SBI      : 449153
Location : Dorm-1, Key Program
Case #   : 05-228-KAJ , Forma Purperis

On December 6, 2005 I recieved a letter telling me
that my Marshal 285 forms were recieved and that it would
be forwarded to the US. Marshal for servuce. I had put
in an Amend and it was granted. Please tell me if I
have to send you all marshal 285 forms again and please
tell me if I have to give you a copy of my complaint
for you to send it to the Warden in DCC. Can you
please send me this information right away so that
I can get this done before I leave here at HRYCI.
I am to be leaving hear January 26th, 2006 and my
new address will be  6-B Nascar Lane, Magnolia, Del-
aware, 19962. Can you please send everything that is
to be sent to me at my new address starting January
20th, 2006. I thank you very much for your time
and patients.

Sincerely,
Kenneth V. Iacone





Kenneth U. Iacone
449157 Dorm-1, Key Program
Haward R. Yaund Correctional Institution
1301 East 12th street
Wilmington, Delaware, 19809

Att. Peter T. Dalleo. Clerk
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware, 19801-3570