OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo　　　　　　　　　　　　　　　　　　　　　　　　LOCKBOX 18
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　　844 KING STREET
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. COURTHOUSE
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILMINGTON, DELAWARE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302) 573-6170

January 9, 2006

TO:　Kenneth V. Iacone
　　　SBI# 449153
　　　Howard R. Young Correctional Institution
　　　Key Program, Dorm 1
　　　P.O. Box 9561
　　　Wilmington, DE 19809

　　　*RE:*　**Status Letter; 05-228(KAJ)**

Dear Mr. Iacone:

　　This office received a letter from you requesting the status of your case. Enclosed please find the Order dated 12/29/05 which explains the process of service.

　　I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

　　　　　　　　　　　　　　　　　　　　Sincerely,

/bad　　　　　　　　　　　　　　　　　　PETER T. DALLEO
　　　　　　　　　　　　　　　　　　　　CLERK

cc:　The Honorable Kent A. Jordan
enc. Order



To       : United States District Court / Mr. Peter T. Dalleo - Clerk
From     : Kenneth V. Iacone
Re       : Address change + Needing additional Information.
Date     : 1-3-06
SBI      : 449153
Location : Dorm-1, Key Program
Case #   : 05-228-KAJ , Forma Purperis

On December 6, 2005 I recieved a letter telling me that my Marshal 285 forms were recieved and that it would be forwarded to the U.S. Marshal for service. I had put in an Amend and it was granted. Please tell me if I have to send you all marshal 285 forms again and please tell me if I have to give you a copy of my complaint for you to send it to the Warden in DCC. Can you please send me this information right away so that I can get this done before I leave here at H.R.Y.C.I. I am to be leaving hear January 26th, 2006 and my new address will be 6-B Nascar Lane, Magnolia, Delaware, 19962. Can you please send everything that is to be sent to me at my new address starting January 20th, 2006. I thank you very much for your time and patients.

Sincerely,
Kenneth V. Iacone