To : United States District Court / Peter T. Dalleo - Clerk
From : Kenneth V. Iacone
Re : aknowleding last letter.
Date : 1-5-06          Forma Paurperis
SBI : 449153
Case # : Civ. No. 05-228-KAJ
Location : Dorm-1, Key Program

FILED
JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am writing because I had recieaved a letter the first week in January of 2006 and it was telling me that I need to give you a copy of the complaint and then a copy of the Amend complaint and also to put in Marshal 285 forms again which I have. Can you please send me back a letter letting me know that it was all recieaved by you and also let me know that it has been sent to the Marshal's for serveing. Thank you for your time and patients.

Sincerely,
Kenneth V. Iacone

Kenneth V. Iacone
#419153 Dorm-1, Key Program
Howard R Young Correctional Institution
1301 East 12th Street
Wilmington, Delaware, 19609

Office of the Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware, 19801-3570

Legal Mail