IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH V. IACONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 05-228-KAJ |
| v. | ) |
| | ) |
| SMYRNA DCC, C/O SCOTT, | ) |
| WARDEN THOMAS CARROLL, | ) |
| JOHN DOES, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of Defendants Smyrna DCC, C/O Scott and Warden Thomas Carroll. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon Defendants Smyrna DCC, Scott or Carroll. Defendants Smyrna DCC, Scott and Carroll specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Erika.Tross@state.de.us
Attorney for Defendants Smyrna DCC, C/O Scott and Warden Thomas Carroll

Dated: March 13, 2006

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on March 13, 2006, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Kenneth V. Iacone
6-B Nascar Lane
Magnolia, DE 19962

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

                                    */s/ Erika Y. Tross*
                                    Erika Y. Tross (#4506)
                                    Deputy Attorney General
                                    Delaware Department of Justice
                                    Carvel State Office Building
                                    820 N. French Street, 6th Floor
                                    Wilmington, DE 19801
                                    302-577-8400