TO: United States District Court
From: Kenneth V. Iacone
Re: Change of address
Date: 3-13-06
Case #: 05-228-KAJ

I have changed my address from 6-B Nascar Lane, Magnolia, DE, 19962, to 234 Brenford Station Rd. Smyrna, DE, 19977. Can you please up date this information in your system. I thank you very much for your time and patients.

Sincerely,
Kenneth V. Iacone

CC: Ron E.



FILED
MAR 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   KG
Scanned

Kenneth V. Iacone
234 Brenford Station Rd.
Smyrna, Delaware, 19977

Office of the Clerk
United States District Court
Lockbox 18
844 King Street
U.S. Court House
Wilmington, Delaware, 19801

U.S.M.S. X-RAY

