IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH V. IACONE, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 05-228-KAJ |
| SMYRNA DELAWARE CORRECTIONAL CENTER, et al., | ) ) ) ) |
|     Defendants. | ) ) |

**ORDER**

WHEREAS, plaintiff Kenneth V. Iacone ("Iacone"), was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on May 6, 2005, this Court entered an order and granted Iacone leave to proceed *in forma pauperis*, assessed no initial partial filing fee and ordered him to make payment whenever his prison trust account exceeded $10.00 (D.I. 3);

WHEREAS, on January 9, 2006, the Court received plaintiff's change of address indicating that as of January 26, 2006, he is no longer incarcerated (D.I. 25);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General*, Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this 16th day of March, 2006, IT IS HEREBY

ORDERED that within thirty days from the date of this order, Iacone shall either pay the filing fee ($250) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the Court may determine whether he is still eligible to proceed *in forma pauperis*.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE