# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KENNETH V. IACONE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 05-228-KAJ |
| v. | ) |
| | ) |
| **SMYRNA DCC, C/O SCOTT,** | ) |
| **WARDEN THOMAS CARROLL,** | ) |
| **and JOHN DOES,** | ) |
| | ) |
| Defendants. | ) |

## STATE DEFENDANTS SMYRNA DCC, C/O SCOTT AND WARDEN THOMAS CARROLL'S MOTION TO DISMISS

COMES NOW, the State Defendants Smyrna DCC, C/O Scott and Warden Thomas Carroll (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against the State Defendants. In support of the Motion, the State Defendants have filed simultaneously herewith State Defendants Smyrna DCC, C/O Scott And Warden Thomas Carroll's Memorandum Of Points And Authorities In Support Of The Motion To Dismiss.

- 2 -

WHEREFORE, the State Defendants respectfully request that this Honorable Court enter an Order, substantially in the form attached hereto, dismissing the claims against them with prejudice.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Erika Y. Tross*
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400
        Attorney for Defendants Smyrna DCC, C/O Scott and Warden Thomas Carroll

Dated: March 27, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KENNETH V. IACONE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) Civil Action No. 05-228-KAJ |
| v. | ) |
| | ) |
| **SMYRNA DCC, C/O SCOTT,** | ) |
| **WARDEN THOMAS CARROLL,** | ) |
| **JOHN DOES,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon State Defendants Smyrna DCC, C/O Scott and Warden Thomas Carroll's Motion To Dismiss pursuant to Federal Rule Of Civil Procedure 12(b)(6) (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Complaint filed in the above-captioned action is **DISMISSED WITH PREJUDICE** as to Defendants Smyrna DCC, C/O Scott and Warden Thomas Carroll.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on March 27, 2006, I caused a true and correct copy of the attached *State Defendants Smyrna DCC, C/O Scott, and Warden Thomas Carroll's Motion to Dismiss* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Kenneth V. Iacone
234 Brenford Station Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___ Two true copies by Federal Express

___ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400