April 3, 2006

Kenneth V. Iacone
234 Brenford Station Road
Smyrna, DE  19977

        RE:    Iacone v. Smyrna DCC, et al.
               D. Del., C.A. No.:  05-228

Dear Mr. Iacone:

    Enclosed please find a copy our Entry of Appearance filed in the above-captioned case.  Also enclosed is a copy of a letter dated March 13, 2006 to the District Court.  Both documents were originally sent to 6-B Nascar Lane, Magnolia, Delaware and returned to us by the Post Office marked "Refused, Not at this Address".  We are now forwarding the documents to your new address.

    Thank you.

                                                             Very truly yours,

                                                             /s/ Erika Y. Tross

                                                             Erika Y. Tross
                                                             Deputy Attorney General

EYT/vd
Enclosures:
cc:    Clerk of Court, U.S. District Court