IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH V. IACONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-228-KAJ |
| | ) | |
| SMYRNA DELAWARE | ) | |
| CORRECTIONAL CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, Kenneth V. Iacone ("Iacone"), was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on January 6, 2006, the Court received plaintiff's change of address indicating that as of January 26, 2006, he was no longer incarcerated (D.I. 25);

WHEREAS, on March 17, 2006, the Court ordered Iacone to either pay the filing fee he owes ($250.00) or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 37);

WHEREAS, the time has lapsed and Iacone has not complied with the Court's order of March 17, 2006;

THEREFORE, at Wilmington this 12th day of May, 2006, IT IS HEREBY

ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE